1 | *Marc J Griffith*
*Pro Per*
2 | 6020 Heatherton Dr
Somis, CA 93066
3 | Phone: (805)205-3471

4 | Email: marc@ironimage.com

2017 FEB 14  PM 12: 50

FILED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

CAM XI TRUST,

               Plaintiff,

    vs.

MARC J GRIFFITH; MICHELLE P GRIFFITH

AND DOES 1 TO 10,

              Defendants.

Case No.: **CV17-01181 DMG(PLAx)**

NOTICE OF REMOVAL

Removed from Ventura County California,
Superior Court-
Case Number:56-2016-00486872-CL-UD-VTA
Pursuant to 28 U.S.C. § 1441 and § 1332
and 42 U.S.C. § 1983 and § 1985

(FEDERAL QUESTION)

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL**

**DISTRICT OF CALIFORNIA – WESTERN DIVISION:**

    PLEASE TAKE NOTICE that pursuant to Title 28-Part IV, Chapter 89,

commencing with § 1441- Actions Removable Generally, Defendant, MARC J

GRIFFITH, hereby removes to this Court the State Court action for the reasons

described below.

On September 21, 2016, an action get forth above, was commenced in the

Ventura County Superior Court, Hall of Justice Courthouse, as case number 56-

2016-00486872-CL-UD-VTA, MARC J GRIFFITH is a Defendant in that civil action

filed in the Ventura County Superior Court matter entitled CAM XI TRUST vs.

-1-

NOTICE OF REMOVAL, under 28 U.S.C. § 1441

MARC J GRIFFITH; MICHELLE P GRIFFITH AND DOES 1 TO 10. The case proceeded in unlawful detainer for possession. Plaintiff members thereof knew of and appeared in the actions and Plaintiff's attorney have caused Defendant harm and under title 42 USC 1983 and 1985. Defendant should seek their remedy in this Court, for full compensation.

This Notice of Removal is timely being triggered by the change in jurisdiction requirement, in which the matter now stands Federal issues are precedent to any determination in the limited court jurisdiction. Defendant seeks a safe harbor of his constitutional rights for a home in the face of the lower courts interest mainly in clearing the docket in the eviction cases and make no distinction from ordinary rental cases and the issues raised by cases based on real estate foreclosure and the rights raised therein.

Though the matter was filed as a state unlawful detainer, the district court has jurisdiction of all cases where an Act of Congress has conferred jurisdiction or when Federal jurisdiction is involved. Though the case was commenced in State Court, it cannot be adjudicated in the limited court jurisdiction of the state unlawful detainer action. The district court has jurisdiction over the claims presented by the Plaintiff as evolved from the real parties in interest. The trust deed loan under which the right to foreclosure arose is controlled under Federal law. Almost all mortgages and trust deeds are now controlled under Federal law and jurisdiction, so that the Federal District Court is a proper place, and all states have adopted the uniform commercial code which requires that promissory notes be returned marked paid when no longer owed. The foreclosure ended the debt but the note has never been returned. Their activities are under the exclusive jurisdiction of the district court as it regards the clear and consistent restructuring guidelines for the entire housing industry for protection of

-2-

NOTICE OF REMOVAL, under 28 U.S.C. § 1441

1  homes, and federal laws for securitization and banking. Instead very rich

2  hedge funds tried to take over the industry and changed all banking methods,

3  destroyed notes, put trust deeds together and combined them.

4     **This Notice of Removal is timely in that the events of discovery, the**

5  **"order or other paper from which it may first be ascertained that the case is**

6  **one which is or has become removable" (28 U.S.C. §1446(b)). In 2017 Defendant**

7  **learned that discriminatory and retaliatory actions, taken by Plaintiff were**

8  **made concerning Defendant's eviction from the subject property that resulted**

9  **in an unfair unlawful detainer matter and civil rights violation. The note**

10 **was never shown to be signed off or returned. Those in this transaction**

11 **action can use the note again and not enforcing the rules of returning the**

12 **note or proving a lost right would allow Defendant to be attacked again,**

13 **because the hedge funds lost or threw away much of the material documents is**

14 **no reason that Defendant should suffer more. Stated courts are wrongfully**

15 **allowing foreclosure without considering notes returned and or never**

16 **returned.**

17    **This is a Federal matter and need. The ignoring of the need for the**

18 **note should be stopped and the taking of Defendant's home should be stopped**

19 **until the problem is solved and not ignored with only one side allowed to**

20 **take advantage of the taking the Civil Rights from Defendant.**

21 **Responsibilities in real estate matters include the 5th and 14th amendments to**

22 **the US Constitution and the Civil Rights Act.**

23    Enjoining Plaintiffs from taking possession of Defendant's home until

24 the bank and sellers of the Trust Deeds go forward to prove that the note is

25 in hand or destroyed or proven lost. This removal is timely and properly

26 brought as the Federal questions have just been discovered and preempt the

27 jurisdiction of the limited state court action.

28                                    -3-

                    NOTICE OF REMOVAL, under 28 U.S.C. § 1441

1       Defendant has filed a Motion for Removal to Federal Court pursuant to

2  one's constitutional rights to due process. The Fifth Amendment of the United

3  States Constitution states, "No individual shall be deprived of life,

4  liberty, or property, without due process of law… "According to the

5  Fourteenth Amendment of the United States Constitution, Due Process Clause

6  and Equal Protection clause (Section 1), expressly declares no state shall

7  make or enforce any law which shall abridge the privileges or immunities of

8  citizens of the United States; nor shall any State deprive any person of

9  life, liberty, or property, without due process of law…"

10       Defendant believes alleges and maintains that the State Court Eviction

11  under an Unlawful Detainer Action deprives Defendant's Constitutional rights

12  to due process, and that he therein have been treated as if one had no

13  interest in one's own home and dwelling place, and therefore removal to

14  Federal Court is the only adequate means for Defendant to protect his home's

15  interests in his home. Further, Plaintiff ignores the evaluation of the

16  violations of the federal issues, violation of his due process rights to

17  review under, as well as his rights to take action against illegal

18  discrimination and retaliatory eviction. Further inquiry is needed to

19  determine all the violations and halt the improper retaliation and

20  discrimination attempt to evict Defendant from his home. Plaintiff treats

21  Defendant as a squatter with no rights in violation of newly enacted

22  California Homeowner Bill of Rights ("HBR") which became effective JANUARY 1,

23  2013. The HBR authorizes private civil suits to enjoin foreclosure by

24  entitles that record or file notices of default or other documents falsely

25  claiming the right to foreclosure. Such a false Assignment of DOT may have

26  been recorded against the subject real property leaving no doubt that

27  Plaintiffs can bring a lawsuit under the HBR against their lender, as said

28

-4-

NOTICE OF REMOVAL, under 28 U.S.C. § 1441

documents must now be accurate and complete and supported by competent and reliable evidence. CC § 2923. The state of California and most other states have traditionally equipped the return or mocking of the paid promissory note. But in order to allow the hedge funds and their banking partners have ignored the law. This must not go on.

State Court law assumes without discussion that the unlawful detainer complaint is valid, in spite of its provable wrongful nature. HBR became effective on the subject property and was subject to the limitations of the HBR since the foreclosure sale was set to proceed and plaintiff has refused to show that a note does or doesn't exist and goes ahead to take the property.

Pursuant to 28 U.S.C. §1441, Defendant further states as follows: The action was commenced by Plaintiff when Plaintiff filed a Summons and Complaint in the Superior Court, of the State of California.

Plaintiff erroneously claimed ownership without proof under penalty of perjury, false claims in the unlawful detainer trial court. The real subject matter is not within the state court venue and lies in the federal court for the reasons stated herein as defendant has been illegally discriminated against as a homeowner.

### BASIS FOR REMOVAL

Defendant was forced to file this Federal Removal to stay an unlawful detainer filed against his home. When Defendant makes an appearance in the state court the state court ignores him, refuses to accept his requests for equitable relief, and he cannot be heard as a homeowner. Plaintiff committed fraud by bringing federal issues of fair housing and urban development issues to the Ventura Superior Court without the promissory note under the scheme of an unlawful detainer, hiding in sheep clothing the true federal fair housing

-5-

1    and retaliatory discrimination issues, and civil rights discrimination.

2    Defendant has no other court which would hear the issue of the foreclosures

3    being made without being able to return the promissory note.

4        The unlawful detainer trial courts rubber stamp all non-judicial

5    foreclosures and summary evictions are executed under alleged "duly perfected

6    title" without a review of the true issues to identify the real parties in

7    interest and protect the rights of unknown investors and property interests.

8    The right to an impartial and disinterested tribunal is compromised "in the

9    absence of a [state] proceeding in which [a person] may present his case with

10   assurance that the arbiter is not predisposed to find against him." Marshall,

11   446 U.S. at 242 (quoting Joint Anti-Fascist Refugee Comm. v. McGrath, 341

12   U.S. 123, 172 (1951)), and disposes the rights of the Defendant losing one's

13   home in no more than 45 days. See Exhibit A attached here to and made a part

14   hereof.

15       Therefore, if the procedure supplied by the state to adjudicate the

16   constitutional claim violates the requirements of due process, then the

17   federal court may not grant the state judgment preclusive effect. See e.g.,

18   Kremer v. Chemical Const. Corp., 102 S. Ct. at 1898 ("[a] State may not grant

19   preclusive effect in its own courts to a constitutionally infirm judgment,

20   and other state and federal courts are not required to accord full faith and

21   credit to such a judgment"); Guarino v. Larsen, 11 F.3d at 1159 n. 4

22       It is undisputely in the public interest that this Court act to

23   restrain the acts as alleged. This matter is receiving current national

24   attention and has implications of epidemic proportions across a broad array

25   of public policy goals, and, in fact, the expert who has put a public face to

26   the issues raised by Plaintiff over six years has opined that this matter

27   presents a fraud of the precise nature that has captured the public's

28                                    -6-

                  NOTICE OF REMOVAL, under 28 U.S.C. § 1441

attention. The fact is that the courts are the last protection that Plaintiff and millions of others have against the arrogant and abusive practices of the mortgage lenders and servicers, and the basis for this Court's action could not be more compelling. The federal court is the last safe harbor for defendants whose homes are taken by strangers who allege to work for PARTNERSHIP who often threaten defendants with removal and credit destruction.

Defendant is entitled to remove the above-entitled and numbered cause to the United States District Court, under 28 U.S.C. §1443(1) because under California Civil Code he is denied or cannot enforce his equal rights to contract for and secure his property rights in the Superior Courts of the State of California on account of plaintiffs discriminatory and retaliatory acts in violation of fair housing and that specifically violate the equal protection of the laws and equal access to the courts and to due process of law granted and secured by 42 U.S.C. §§1981 & 1982. A reading of Exhibit A shows how little interest the California Court gives to the important issues of evidence and civil rights and the instance on finishing from start to finish in less than 45 days.

The unlawful detainer trial courts rubber stamp all plaintiff actions for evictions and do not protect defendant property interests and which thus constitutes illegal taking under color of law.

Defendant further alleges that the California Civil Code procedures authorizing evictions violate 42 U.S.C, §§1981-1982, so that Defendant has a right to remove on the basis that there is a pervasive state statutory program which both on its face and as applied discriminates unfairly against Ethnic-Surname Americans (all of whom are presumed to be unfamiliar with legal proceedings and/or illiterate in the English language and therefore

-7-

NOTICE OF REMOVAL, under 28 U.S.C. § 1441

1  ignorant of their rights) and in so doing directly violates Federal U.S. laws

2  guaranteeing equality of access to the courts, ability to present evidence,

3  and to make and enforce contracts for the purpose of acquiring and

4  maintaining ownership of property in particular, and who avoid the proper

5  procedures to aid the monied hedge funds and banks.

6       Defendant states that he should be given at least one full and fair

7  opportunity to be heard on the evidentiary merits of the claims, as the

8  Federal question issues of fair trials.

9       Defendant is entitled to remove the above-entitled and numbered cause

10  to the United States District Court, under 28 U.S.C. §1443(1) because under

11  California Civil Code §2924 he is denied or cannot enforce his equal rights

12  to contract for and secure real property rights in the Superior Courts of the

13  State of California on account of that unconstitutional California statute

14  §2924, which specifically violates the equal protection of the laws and equal

15  access to the courts and to due process of law granted and secured by 42

16  U.S.C. §§1981 & 1982.

17                            **JURISDICTION**

18       Venue is proper under Title 28, Part IV, Chapter 89, commencing with §

19  1441 (a) as Ventura County Superior Court is in the Central District of

20  California, Western Division.

21              **GROUNDS FOR REMOVAL- FEDERAL QUESTION**

22       Defendant also alleges that he is being denied and discriminated for

23  attacking banking hedge fund fraud and cannot enforce his rights to equal

24  protection of the discriminatory laws of the State of California, which

25  facially and as applied by the California

26

27

28                                    -8-

                    NOTICE OF REMOVAL, under 28 U.S.C. § 1441

1    Superior Courts of Limited Jurisdiction has now filed this notice of

2    removal pursuant to 28 U.S.C. §§1332, 1441, 1443 and 1446, alleging as

3    follows:

4    The state court interfered with Defendant's rights to a fair and

5    impartial jury trial by changing the actual date that the court itself had

6    set. It was at this point the Defendant began to look into the retaliation

7    and discrimination that invaded this matter and discovered that the Superior

8    Court was an improper forum to hear that matter. Defendant discovered that it

9    was a banking fraud and discrimination issue and not an Unlawful Detainer

10   issue before the court, whereby the state court lacked jurisdiction, in

11   personal jurisdiction, subject matter jurisdiction and in removal

12   jurisdiction over the retaliatory discrimination herein.

13   This notice of removal is being timely triggered by the change in

14   jurisdiction for civil rights and constitutional rights and the requirement

15   for federal issues to be determined within the original jurisdiction of the

16   federal court. Such title issues cannot be determined in the limited Court

17   jurisdiction causing waste of judicial resources. Plaintiff erroneously

18   claims under penalty of perjury that it holds a duly perfected title and

19   filed false claims for possession in a state unlawful detainer limited action

20   following a wrongful foreclosure in violation of HBR.

21   1.        The requirements of 28 U.S.C. §1332, 1441, and 1446 for

22   removal have all been met under the federal question of violations of federal

23   laws re fair housing, retaliatory evictions and related racial discrimination

24   violation of Federal laws. THIS IS NOT BASED on grounds of diversity of

25   citizenship, amount in controversy in excess of $75,000 does not apply. The

26   federal question law is the Federal protection of homeowner discrimination

27   against the poor and in favor of the rich.

28

NOTICE OF REMOVAL, under 28 U.S.C. § 1441

1       2.        28 U.S.C. §1443(1) is designed to permit removal by

2   disadvantaged defendants from those in power who would oppress them for

3   membership in or adherence to beliefs making them part of a "discrete

4   insular, politically powerless minority". Defendant perspective of the state

5   judicial and general legal environment created by a state legislatures is,

6   uniquely empowered and by this statute protected as an avenue by which to

7   assert and actually "defend" Constitutional rights which are systematically

8   trampled in state courts, such as but not limited to the California Superior

9   Courts of Limited Jurisdiction in the trial of unlawful detainer cases

10  following an alleged non-judicial foreclosures.

11      3.        CIVIL RIGHTS REMOVAL IS AN EXCEPTION TO THE WELL PLEADED

12  COMPLAINT RULE. Accordingly 28 U.S.C. § 1443 constitutes an expressly

13  authorized, in fact, specially mandated, exemption to the "well-pleaded

14  complaint rule" and U.S. District Judges making such analyses and comparisons

15  have plainly erred in confusing the two forms of removal in their prior

16  opinions, even in relationship to the present Defendants' removal, which

17  Defendants pray that this U.S. District Court will not repeat in the

18  disposition of the present case. Compare, for example, McCullough v. Ligon,

19  430 F. Supp. 2d 846, 850 (E.D. Ark. 2006); Neal v. Wilson, 112 F.3d 351, 355

20  (8th Cir. 1997).

21      4.        Unlike the Defendant in Neal v. Wilson, Defendant can and

22  will at trial `shown that Plaintiff used the Non Judicial state law which

23  preventing her from raising her federal claims in state court, [and] further

24  [he] has [] shown the basis for an "equally firm prediction" that [h]e will

25  be unable to protect h[is] federal rights in state court." 112 F.3d at 855.

26      5.        WHEREFORE AND ACCORDINGLY, Defendant hereby files this

27  Notice of Removal pursuant to 28 U.S.C. §§1443(1) and 1447(b). Congress in

28                                                       -10-

1   the Civil Rights Act of 1964 expressly authorized such renewed notices of

2   removal authorized by Congress under 28 U.S.C. §1447.

3        6.          This Notice of Removal is timely in that the events of

4   discovery, the "order or other paper from which it may first be ascertained

5   that the case is one which is or has become removable" (28 U.S.C. §1446(b)).

6        7.          The California Superior Courts of Limited Jurisdiction,

7   especially those in Southern California, operate based on an

8   institutionalized predetermination of the outcome reflect a pervasive state

9   statutory program expressly designed to deny Defendants their equal

10  constitutional rights to equal access to the Courts and to make and enforce

11  contracts for the maintenance of interest in property, which rights are

12  guaranteed by the First, Fifth, Ninth, and Fourteenth Amendments to the

13  Constitution, as well as by the Article I guarantee against state "impairment

14  of the obligations of contract."

15       The eviction is summary proceeding (but essentially administrative,

16  automatic, ministerially applied) Unlawful Detainer/Forcible Eviction Laws of

17  the State of California are facially discriminatory. See Exhibit A.

18       Defendant has a right to remove on the basis that there is a pervasive

19  state statutory program which both on its face and as applied discriminates

20  unfairly against pro se litigants and in so doing directly violates Federal

21  U.S. laws guaranteeing equality of access to the courts, ability to present

22  evidence, and to make and enforce contracts for the purpose of acquiring and

23  maintaining interests in property in particular.

24       The California Superior Courts completely ignore the California Civil

25  rules of Procedure, Civil rules of Evidence and the retaliation against the

26  defendant's Interest. Plaintiff's claim to enforce a possession claim relies

27  on a thinly disguised service on the subject property since Plaintiff ignored

28                                      -11-

                        NOTICE OF REMOVAL, under 28 U.S.C. § 1441

all requests. Accordingly, the state unlawful detainer limited jurisdiction court action may be removed to this court as an action within the jurisdiction of the federal district court where basic constitutional rights are ignored.

In addition, Defendant is materially affected by and interested in the subject matter of these proceedings, and entitled to remove to this U.S. District Court, within the meaning of 28 U.S.C. §1334(b) and hereby removes to this Court the State Court unlawful detainer proceeding herein identified. Defendants Civil Rights, Due Process and Equal Protection under the Law were violated, see Exhibit B.

Defendant has provided as exhibits relevant documents are attached hereto and incorporated herein by reference the pertinent documents including, but not limited to

Exhibit A Summons and Complaint dated for Unlawful Detainer — Eviction

Exhibit B Demurrer and Answer

This is a civil action over which this court has original jurisdiction and the action is removable to this court pursuant to 28 U.S.C. § 1441(a) and §1446. Defendant is deprived of his constitutional rights "under color of law".

**The summary proceedings of the unlawful detainer do not allow determinations of any issues other than the alleged complaint for rents and have no jurisdiction over federal question matters, federal banking and foreclosure and homeowner violations. This Notice of Removal is timely in that the events of discovery, the "order or other paper from which it may first be ascertained that the case is one which is or has become removable" (28 U.S.C. §1446(b)). The continuation of plaintiff tactics to continue in the same process leaves defendant with no other choice.**

-12-

NOTICE OF REMOVAL, under 28 U.S.C. § 1441

1    The California Superior Courts of Limited Jurisdiction, especially
2  those in Southern California, operate based on an institutionalized
3  predetermination of the outcome reflect a pervasive state statutory program
4  expressly designed to deny Defendants their equal constitutional rights to
5  equal access to the Courts and to make and enforce contracts he maintenance
6  of interest in property, which rights are guaranteed by the First, Fifth
7  Ninth, and Fourteenth Amendments to the Constitution, as well as by the
8  Article I guarantee against state "impairment of the obligations of
9  contract." The Court seems oblivious to the discrimination and retaliation of
10 plaintiff. See Exhibit B.

11    Defendant has a right to remove on the basis that there is a pervasive
12 state statutory program which both on its face and as applied discriminates
13 unfairly against pro se litigants and in so doing directly violates Federal
14 U.S. laws guaranteeing equality of access to the courts, ability to present
15 evidence, and to make and enforce contracts for the purpose of acquiring and
16 maintaining home at subject property in particular.

17    The California Superior Courts completely ignore the California Civil
18 rules of Procedure, Civil rules of Evidence and the Real Party in Interest
19 rule.

20    Expressly stated California statutory law and the customs, practices,
21 and policies having the force of law interpreting and construing the same,
22 never asked or required original Plaintiff to produce evidence or prove the
23 true and actual dispute, yet  denied Defendant's opportunity to argue any
24 points.

NOTICE OF REMOVAL, under 28 U.S.C. § 1441

1

## CIVIL RIGHTS REMOVALS & CIVIL RIGHTS INJUNCTIONS

2      Civil Rights Removal under 28 U.S.C. §§1443 & 1447(d) and Civil Rights

3  Injunctions under 42 U.S.C. §§1983 & 1988 may be closely related as

4  exceptions to the "Anti-Injunction Act" 28 U.S.C. §2283 as follows:

5      Defendant particularly urges this Court to consider a comprehensive re-

6  evaluation of the Civil Rights Injunction doctrine in Dombrowski v. Pfister,

7  Younger v. Harris, and Mitchum, v. Foster, alongside the Civil Rights Removal

8  doctrine articulated in Greenwood v. Peacock and Rachel v. Georgia, because,

9  in essence, statutory removals are treated as stays (injunctions) of state

10  court proceedings under the anti-injunction act, 28 U.S.C. §2283, and a

11  comprehensive and color-blind State-to-Federal Civil Rights jurisprudence has

12  yet to be developed, but such a constitutional jurisprudence is clearly

13  necessary in light of the recent history of the United States.

14      The state court acts to quash Defendant's defense as a person not given

15  a right to speak in the state court. The completely farcical nature of the

16  non-judicial foreclosure proceedings take place in California routinely as a

17  matter of state and local custom, practice, and policy having the force of

18  law. Notably is the fact that the Judges do not uphold the California Rules

19  of Civil Procedure section 367 (Real Party In Interest). Every action must be

20  prosecuted in the name of the real party in interest, except as otherwise

21  provided by statute. The true owner of the subject property is unknown.

22      Enjoin Plaintiff from continuing any attempts to take the property

23  issuance unless Defendant has a genuine note of proof of its loss and an

24  order issued by this court.

25      Due process under the Fifth and Fourteenth Amendment to the

26  Constitution will not tolerate the construction of paths through the maze of

27  law with dead ends from which there is no exit in the California limited

28

-14-

NOTICE OF REMOVAL, under 28 U.S.C. § 1441

1  court jurisdiction, or only one possible exit...regardless which is judgment

2  for plaintiff disregarding the evidence of Federal law violations.

3       Defendant will promptly file a copy of this notice of removal as a

4  "Notice of Notice of Removal" with the clerk of the state court in the

5  Ventura County Superior Court for the State of California where the action

6  was originally filed and has been pending filed as required by 28 U.S.C.

7  §1446.

8       1. THIS REMOVAL IS NOT BASED on grounds of diversity of citizenship,

9  amount in controversy in excess of $75,000 does not apply. The federal

10  question law is the violation of civil rights that has associated Federal

11  Claims of the SEC, securities issues and violations of federal banking laws

12  in alleged property transfers.

13       2. 28 U.S.C. §1443(1) is designed to permit removal by disadvantaged

14  defendants from those in power who would oppress them for membership in or

15  adherence to beliefs making them part of a "discrete insular, politically

16  powerless minority". Defendant perspective of the state judicial and general

17  legal environment created by a state legislatures is, uniquely empowered and

18  by this statute protected as an avenue by which to assert and actually

19  "defend" Constitutional rights which are systematically trampled in state

20  courts, such as but not limited to the California Superior Courts of Limited

21  Jurisdiction in the trial of unlawful detainer cases following an alleged

22  non-judicial foreclosures.

23       For an equally firm prediction" that [h]e will be unable to protect

24  [his] federal rights in state court." 112 F.3d at 855.

25       **RELIEF REQUESTED** WHEREFORE, Defendant that the above action now pending

26  in the Ventura County Superior Court of the State of California, bearing case

27  no. 56-2016-00486872-CL-UD-VTA hereby removes the action to this court and

28                                        -15-

                    NOTICE OF REMOVAL, under 28 U.S.C. § 1441

1  requests that further proceedings be adjudicated in this court. For all the

2  foregoing reasons, removal of this action is proper pursuant to all relevant

3  statutes and law.

4      Respectfully submitted,

5                                        Dated this 14th of February, 2017

7                                        Marc J Griffith

-16-

NOTICE OF REMOVAL, under 28 U.S.C. § 1441

**PROOF OF SERVICE**

State of California      )
                         )
County of Ventura        )

       I am employed in the County of Orange, State of California.  I am over the age of 18 and am not a party within the action; my business address is: <u>19671 Beach Blvd. Huntington Beach, CA 92648 </u>On the date herein below specified, I served the foregoing document, Described as set forth below on the interested parties in this action by placing true copies thereof by enclosed in sealed envelopes at Westminster, CA addressed to:

**Sam Chandra**
**LAW OFFICES OF SAM CHANDRA, APC**
**710 S. MYRTLE AVE., #600**
**MONROVIA, CA 91016**
**Phone: 626-256-4999**

Date of Service: 02/14/17

Documents Served: **NOTICE OF REMOVAL OF CASE TO FEDERAL COURT PURSUANT TO 28 U.S.C. §1441 and §1446**

<u>X </u>(BY REGULAR MAIL I caused envelope(s) to be placed in the United States mail.  I am readily familiar with this firm's practice of collection and processing correspondence form mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served notice is presumed invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing an affidavit.

<u>X </u>(STATE) I declare under the penalty of perjury under the laws of the State of California that the above is true and correct.

Executed at <u>Westminster, CA</u> on: February 14, 2017.


Thanh Nguyen X: _____

NOTICE OF REMOVAL, under 28 U.S.C. § 1441

- 17 -

1    EXHIBIT A (SUMMONS AND COMPLAINT FOR UNLAWFUL DETAINER)

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:** Marc J Griffith; Michelle P Griffith
**(AVISO AL DEMANDADO):**

and Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):** CAM XI TRUST

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

SUPERIOR COURT
**FILED**

SEP 21 2016

MICHAEL D. PLANET
Executive Officer and Clerk

BY: _____ , Deputy

**SUSANNE LEON**

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte está cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is: SUPERIOR COURT OF CALIFORNIA,
   (El nombre y dirección de la corte es): COUNTY OF VENTURA

CASE NUMBER:
56-2016-00486872-CL-UD-VTA

800 S. Victoria Ave
Ventura, Ca 93009                    Ventura Division

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   (El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
   Sam Chandra SBN 203942          Law Offices of Sam Chandra, APC
                                    710 S. Myrtle Ave., # 600
   (626) 256-4999                   Monrovia, CA 91016-2171

FILE BY F
PER CHC
2.305

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415)  [X] did not  [ ] did
   for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date:  SEP 21 2016   Michael D Planet    Clerk, by    SUSANNE LEON     , Deputy
(Fecha)                                  (Secretario)                    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as an occupant
   d. [ ] on behalf of (specify):
      under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)              [ ] other (specify):
5. [ ] by personal delivery on (date):

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

SUM-130

| | |
|---|---|
| PLAINTIFF *(Name):* CAM XI Trust | CASE NUMBER: |
| DEFENDANT *(Name):* Marc J Griffith, et al | |

6.  Unlawful detainer assistant *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant):*

   a.  Assistant's name:

   b.  Telephone no.:

   c.  Street address, city, and zip:


   d.  County of registration:

   e.  Registration no.:

   f.  Registration expires on *(date):*


Notice from the Law Offices of Sam Chandra, APC:  Notice:  Pursuant to the Fair Debt Collection Practices Act.  If this or the attached documents demand any sum of money, we hereby inform you that unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.  This is an attempt to collect a debt and any information obtained will be used for this purpose.

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF VENTURA

**800 South Victoria Avenue**
**Ventura , CA 93009**
**(805) 289-8525**

## NOTICE OF CASE ASSIGNMENT

### Case Number: 56-2016-00486872-CL-UD-VTA

Your case has been assigned for all purposes to the judicial officer indicated below. A copy of this Notice of Case Assignment must be served on all named defendants/respondents with the complaint or petition, and with any cross-complaint that names a new party to the underlying action.

| ASSIGNED JUDICIAL OFFICER | COURT LOCATION | DEPT/ROOM |
|---|---|---|
| Hon. William R Redmond | Ventura | 10 |
| **EVENT TYPE** | | |
| | | |
| **EVENT DATE** | **EVENT TIME** | **EVENT DEPT/ROOM** |
| | | |

## SCHEDULING INFORMATION

**Judicial Scheduling Calendar Information**

Court calendars vary from courtroom to courtroom. You may contact the clerk's office for more information when you need to schedule a hearing before the judicial officer.

**Ex Parte Matters**

To set an ex parte hearing, contact the judicial secretary in the assigned department. Per Local Rule 15.03, all ex parte documents must be filed in the courthouse where the ex parte application shall be heard.

**Noticed Motions**

Contact the clerk's office to reserve a date for a law and motion matter. Per Local Rule 3.19, all law and motion documents must be filed in the courthouse where the motion shall be heard.

**Other Information**

You can visit the court's website at www.ventura.courts.ca.gov for public access to non-confidential case information, local rules and forms, and other court information.

Clerk of the Court,

Date: 09/21/2016

By: *Susanne Leon*

Susanne Leon, Clerk

VEN-FNR063

**NOTICE OF CASE ASSIGNMENT**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Sam Chandra SBN 203942<br>Law Offices of Sam Chandra, APC<br>710 S. Myrtle Ave., # 600<br>Monrovia, CA 91016-2171<br>TELEPHONE NO.:        FAX NO.: | VENTURA<br>SUPERIOR COURT<br>**FILED**<br><br>**SEP 21 2016** |
| ATTORNEY FOR *(Name):* PLAINTIFF | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF VENTURA

| | | |
|---|---|---|
| STREET ADDRESS: | 800 S. Victoria Ave | **MICHAEL D. PLANET**<br>Executive Officer and Clerk |
| MAILING ADDRESS: | Ventura, Ca 93009 | BY:_____, Deputy |
| CITY AND ZIP CODE: | VENTURA DIVISION | **SUSANNE LEON** |
| BRANCH NAME: | | |

CASE NAME:
CRA-X 1 Tust v Griffith

| CIVIL CASE COVER SHEET | | Complex Case Designation | 56-2016-00486872-CL-UD-VTA |
|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☒ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>*(Cal. Rules of Court, rule 3.402)* | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

FILE BY FAX
PER CRC
2.303

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.☒ monetary    b.☒ nonmonetary; declaratory or injunctive relief    c.☐ punitive
4. Number of causes of action *(specify):* one        unlawful detainer
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 09/20/16

Sam Chandra
_____
(TYPE OR PRINT NAME)        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| | |
|---|---|
| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):*     TELEPHONE NO.: | *FOR COURT USE ONLY* |
| ATTORNEY FOR *(Name):*<br>**NAME OF COURT:**<br> STREET ADDRESS:<br> MAILING ADDRESS:<br> CITY AND ZIP CODE:<br>  BRANCH NAME: | |
| Plaintiff:<br>Defendant: | |
| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: |
| Complete this form only if ALL of these statements are true:<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)<br>3. You still occupy the subject premises. | *(To be completed by the process server)*<br>DATE OF SERVICE:<br>*(Date that form is served or delivered, posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*
2. I reside at *(street address, unit no., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):*                           , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises.  *(This date is in the accompanying Summons and Complaint.)*
5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.
6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*
7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*
8. I was not named in the Summons and Complaint.
9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.
10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of  $                or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

| | | |
|---|---|---|
| CP10.5 *(Rev. June 16, 2016)* | **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25 |

01/07/2010 15:59 FAX

CP10.5

| Plaintiff: | CASE NUMBER: |
|---|---|
| Defendant: | |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE: If you fail to file this claim, you may be evicted without further hearing.**

13. **Rental agreement. I have** *(check all that apply to you)*:

   a. ☐ an oral or written rental agreement with the landlord.

   b. ☐ an oral or written rental agreement with a person other than the landlord.

   c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.

   d. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date: _____

_____          ►          _____
(TYPE OR PRINT NAME)                                               (SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**

1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.
3. You still occupy the premises.

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

SAM CHANDRA (# 203942)
LAW OFFICES OF SAM CHANDRA, APC
710 S. MYRTLE AVE., # 600
MONROVIA, CA 91016
(626) 256-4999

ATTORNEYS FOR PLAINTIFF

VENTURA
SUPERIOR COURT
**FILED**

SEP 21 2016

**MICHAEL D. PLANET**
Executive Officer and Clerk
BY:_____, Deputy
**SUSANNE LEON**

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

COUNTY OF VENTURA

| | |
|---|---|
| CAM XI TRUST | Case No.: 56-2016-00486872-CL-UD-VTA |
| | |
| Plaintiff, | COMPLAINT FOR UNLAWFUL DETAINER |
| | |
| vs. | Action based on Code of Civil Procedure Section 1161a |
| MARC J GRIFFITH; MICHELLE P GRIFFITH | |
| | LIMITED CIVIL |
| and Does 1 to 10, | |
| | |
| Defendants. | DEMAND EXCEEDS $ 10,000 |

FILE BY FAX
PER CRC
2.303

Plaintiff alleges as follows:

1. Plaintiff is a: Delaware Statutory Trust, CA Sec of State Certificate of Qualification, Foreign Association FA# 887

2. Plaintiff alleges a cause of action against the following person(s) hereinafter "Defendants" for Unlawful Detainer: Marc J Griffith; Michelle P Griffith

3. The true names or capacities, whether individual, corporate, associate, or otherwise, of Defendants DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff is informed and believes and on such information

COMPLAINT FOR UNLAWFUL DETAINER
-1-

and belief alleges, that each of the Defendants designated herein as DOE was legally responsible in some manner for the events and happenings herein referred to and legally caused damages approximately thereby to Plaintiff as herein alleged.

4. On 8/30/2016 , Plaintiff became the owner of real property by purchasing said property at a foreclosure sale.

5. Title under this sale has been duly perfected.

6. Pursuant to the recitations contained within the Trustee's Deed Upon Sale, the foreclosure sale, and all required notices were accomplished in compliance with CC §2924 et. seq..

7. The Real Property as stated above bears the APN number of: 1100280070

8. The Real Property as stated above is located at:   6020 N Heatherton Drive, Somis, CA 93066, County of VENTURA

9. No landlord/tenant relationship exists between the purchaser and the Defendants.

10. Since the date of sale, and continuing to present, Defendants have occupied said premises without the consent or authorization of the purchaser.

11. Defendants' title, if any, to said premises, that existed prior to the date of sale, was extinguished by said sale.

12. On  09/15/16   , Plaintiff caused to be served on the Defendants a written notice in compliance with the Code of Civil Procedure, Section 1161a et seq., requiring and demanding that Defendant(s) quit and deliver up possession of the premises within   3    days.

13. More than   3    days have elapsed since the service of said notice.  The notice has expired, but Defendants have failed and refused, and continues to fail and refuse, to quit and deliver up possession of the premises, Defendant(s) now being in possession thereof.

14. The reasonable rental rate of the premises is $ 6,250.00    per month.  The daily rate based upon a 30 day month is $ 208.33.

15. Plaintiff is being damaged by the detention of this property in the sum of not less than $ 208.33 per day for the use and occupancy of said premises, and will continue to sustain damages at said rate for so long as Defendants remain in possession of the premises.

600☑                                                                                     01/07/2010 16:01 FAX

16. Plaintiff has not received any rents or other compensation from the Defendant(s).

17. The Defendants hold-over and continue in possession of the premises. Said hold-over and continued possession is willful, intentional, deliberate, and without permission or consent of Plaintiff. Plaintiff is entitled to immediate possession of the premises.

18. The premises are located in the above-entitled judicial district.

19. Defendants have had use and enjoyment of the premises, at the detriment of Plaintiff from the date of the service of the notice through today and will continue to enjoy the same through the date of entry of judgment or the date Plaintiff is finally able to recover possession of the premises.

WHEREFORE, Plaintiff prays against Defendants, and each of them, as follows:

1. For restitution and possession of the premises;

2. For damages in the amount of $208.33 per day or as allowed by law from 09/20/16 to the date of entry of judgment, or recovery of possession of the premises;

3. For Plaintiff's costs of suit;

4. For such other and further relief as the Court may deem just and proper.

Executed  09/20/16

Sam Chandra, Esq
Attorney for Plaintiff

EXHIBIT LIST:

The following exhibits are attached and incorporated into the complaint by reference:

1. Verification to Complaint
2. Deed
3. Notice and proof of service.

COMPLAINT FOR UNLAWFUL DETAINER
-3-

VERIFICATION of the Complaint:

I am:
[ ] the Plaintiff;
[ ] an Officer of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
[ ] a partner of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
[X] an agent of the Plaintiff in this action, and am authorized to make this verification for and on its behalf.
The matters stated in the forgoing document are true of my own knowledge except as to those matters stated on information and belief, and as to those matters I believe them to be true.

I request that a facsimile whether by traditional fax or by "scan and e-fax or e-mail" be accepted as an original pursuant to CRC 2.305(d).

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed in Redondo Beach_____, California. Pursuant to Code of Civil Procedure, Sections 2015.5 and 396a.

Olivia Reyes_____        9/20/16_____        _____
(Name, printed or typed)        (Date)        (Signature)

Pursuant to Evidence Code, § 1521 and Calif. Rules of Court, Rule 2.305(d), a signature hereon, in any, produced by facsimile transmission is admissible as an original.

Declaration of Attorney re Verification:  My client has indicated to me that they are unable to proceed to my office to deliver a "wet ink signature", as such this document is either a faxed copy of the original or a scanned and e-mailed copy of the original.  I request the court to accept it as an original per CRC 2.305(d). Sam Chandra    9/20/16_____

Notice:  Pursuant to the Fair Debt Collection Practices Act.  If this document demands any sum of money, we hereby inform you that unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.  If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.  This is an attempt to collect a debt and any information obtained will be used for this purpose.

---

**COMPLAINT FOR UNLAWFUL DETAINER**
-4-

Simptifile
RECORDING REQUESTED BY:
ENTRA DEFAULT SOLUTIONS, LLC

AND WHEN RECORDED TO:
CAM XI TRUST
c/o BSI Financial Services
314 S. Franklin Street
2nd Floor
Titusville, PA 16354
Forward Tax Statements to
the address given above

20160907-80129019-0  1/2
Ventura County Clerk and Recorder
MARK A. LUNN
09/07/2016  12:12:54 PM
1106712  $27.00  VA

Electronically Recorded in Official Records,
County of Ventura

SPACE ABOVE LINE FOR RECORDERS USE

TS #: 2014-02503
Loan #: 522295078
A.P.N.: 110-0-280-070

Order #: 91201967

## TRUSTEE'S DEED UPON SALE

A.P.N.: 110-0-280-070                  Transfer Tax: $0.00
THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE,
SECTION 480.3
The Grantee Herein was the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $1,248,883.06
The Amount Paid by the Grantee was $806,000.00
Said Property is in the City of Somis, County of Ventura

**ENTRA DEFAULT SOLUTIONS, LLC,** as Trustee, (whereas so designated in the Deed of Trust hereunder more
particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

## CAM XI TRUST

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Ventura,
State of California, described as follows:

LOT 29 OF TRACT NO. 2195, IN THE COUNTY OF VENTURA, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK
57, PAGES 59 TO 71, INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID VENTURA COUNTY

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by Marc J
Griffith and Michelle P. Griffith, husband and wife as joint tenants as Trustor, dated 1/31/2008 and recorded on
2/7/2008, instrument number 20080207-00016709-0, Book , Page  of Official Records in the office of the Recorder
of Ventura, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the
duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and
Election to Sell under the Deed of Trust. Trustee having complied with all applicable statutory requirements of the
State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and
Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by
certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Mail tax statements to: CAM XI TRUST c/o BSI Financial
Services, 314 S Franklin Street, 2nd Floor, Titusville, PA 16354.

## TRUSTEE'S DEED UPON SALE

TS #: 2014-02503
Loan #: 522295078
Order #: 91201967

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on 8/30/2016. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being $806,600.00, in lawful money of the United States, in pro per, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, ENTRA DEFAULT SOLUTIONS, LLC, as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: 8/30/2016

ENTRA DEFAULT SOLUTIONS, LLC

By: _____

June Christy, Sr. Vice President

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF California
COUNTY OF Contra Costa

On 8/30/2016 before me, Katie Milnes  Notary Public, Personally appeared, June Christy, Sr. Vice President who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Name

(Seal)

KATIE MILNES
COMM. #2022502
NOTARY PUBLIC - CALIFORNIA
CONTRA COSTA COUNTY
My Comm. Expires April 22, 2017

Notice to Any Renters Living At

6020 N Heatherton Dr
Somis, California 93066

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

**NOTICE TO QUIT**

TO: <u>Marc J Griffith and Michelle P Griffith,</u>
and does 1-10, and all other persons and/or entities in possession of the property commonly known as: <u>6020 N Heatherton Dr, Somis, California 93066.</u> I / we represent the owner of the property with respect to your occupancy therein.

**[3 - DAYS]**
If you were the trustor on the deed of trust for the property described by the address above or a person under whom such person claims possession, then: Within <u>three (3) days</u> after service of this notice, you are hereby required to deliver up possession of the property. [CCP § 1161a(b)(3)]

If you are not described above, the below paragraphs apply:

**[30 - DAYS]**
If you are a tenant, subtenant, or occupant in possession of the above described property, you are hereby required to deliver up possession of the Property within <u>thirty (30) days</u> after service of this notice; [Pursuant to CCP § 1161a(c) or Civil Code § 789.]

**[90 – DAYS]**
This paragraph does not apply if any party to the note (deed of trust) remains in the property as a tenant, subtenant, or occupant. Notwithstanding the above: If you were a rent paying tenant or subtenant in possession of the above described property, under a month-to-month lease or periodic tenancy at the time the property was sold in foreclosure then: Within <u>ninety (90) days</u> after service of this notice, you are hereby required to deliver up possession of the Property.

Possession of the property must be delivered to the undersigned or to <u>CAM XI Trust</u>
who is authorized to receive the same.
This notice is given pursuant to California Code of Civil Procedure § 1161a et seq and / or CC § 789 and as the Property has been sold in accordance with Civil Code § 2924 under a power of sale contained within the deed of trust executed by you (or the former trustor), and the title under the sale has been duly perfected. Therefore, unless you vacate and deliver up possession of the Property within the time described above, we will immediately file an unlawful detainer (eviction) lawsuit against you to recover possession of the Property, all damages (including monies pursuant to Code of Civil Procedure section 1174(b) and any other damages allowed by law), costs and attorneys' fees.

Note, if there is any ambiguity causing you to be described by more than one category enumerated above, then the category with the greatest length of time shall prevail.

State law permits former occupants to reclaim abandoned personal property left at the former address of the occupant, subject to certain conditions. You may or may not be able to reclaim property without incurring additional costs, depending on the cost of storing the property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact the owner as listed above, after being notified that property belonging to you was left behind after you moved out.
**Active Military**: If you are active in the United State Military or otherwise entitled to the benefits of the Servicemembers Civil Relief Act (50 U.S.C. App. § 501 et seq.), please contact the below signed immediately. Note, proof of status may be required and reviewed under Federal Law.
This notice was served concurrently with the coversheet as described by CCP 1161c.

9/14/2016 _____
OWNER/AGENT – Olivia Reyes

This notice is property of the Law Offices of Sam Chandra, APC, reproduction without permission is prohibited by U.S. Copyright laws (2015).

| Attorney or Party Without Attorney (Name and Address) | | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Law Offices of Sam Chandra<br>710 S. Myrtle Avenue, # 600<br>Monrovia          CA          91016<br>Attorney For:PLAINTIFF | | | | (626)256-4999 | |
| | | | | Reference Number:<br>3888745          22148 | |

| Plaintiff/Petitioner: | CAM XI Trust | | | |
|---|---|---|---|---|
| Defendant/Respondent: | Marc J Griffith, et al. | | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept./Div: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Foreclosure Notice to Quit & Coversheet

On the following tenant(s): Marc J Griffith

Address:   6020 N Heatherton Dr
           Somis, CA 93066

Date and Time of Posting:  9/15/2016 at 09:30am.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $80.00
E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  2014334055 CCPS
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/16/2016

_____
(Signature)

Judicial Council form POS-010                    **Proof of Service**                    Code Civil Procedure 417.10(f)

| Attorney or Party Without Attorney (Name and Address) | | | | Telephone No: | | FOR COURT USE ONLY |
|---|---|---|---|---|---|---|
| Law Offices of Sam Chandra 710 S. Myrtle Avenue, # 600 Monrovia Attorney For: PLAINTIFF | | CA | 91016 | (626)256-4999 | | |
| | | | | Reference Number: 3698746 | 22148 | |

| Plaintiff/Petitioner: | CAM XI Trust | | | | |
|---|---|---|---|---|---|
| Defendant/Respondent: | Marc J Griffith, et al. | | | | |

| **PROOF OF SERVICE** | Hearing Date: | | Time: | Dept/Div: | Case Number: NOTICE |
|---|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Foreclosure Notice to Quit & Coversheet

On the following tenant(s): Michelle P Griffth

Address:   6020 N Heatherton Dr
           Somis, CA 93066

Date and Time of Posting:  9/15/2016 at 09:30am.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202  Fax (909)394-1204

Fee for service: $   $0.00
E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  2014334055 CCPS
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/16/2016

(Signature)

Judicial Council form POS-010          **Proof of Service**          Code Civil Procedure 417.10(f)

| Attorney or Party Without Attorney (Name and Address) | | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Law Offices of Sam Chandra<br>710 S. Myrtle Avenue, # 600<br>Monrovia          CA          91016<br>Attorney For:PLAINTIFF | | | | (626)256-4999<br>Reference Number:<br>3696747          22148 | |

| Plaintiff/Petitioner: | CAM XI Trust | | | | |
|---|---|---|---|---|---|
| Defendant/Respondent: | Marc J Griffith, et al. | | | | |

| PROOF OF SERVICE | Hearing Date: | | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Foreclosure Notice to Quit & Coversheet

On the following tenant(s): All Unknown Occupants in Possession of the Premises

Address:   6020 N Heatherton Dr
           Somis, CA 93066

Date and Time of Posting:  9/15/2016 at 09:30am.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

## Attorney Service of San Dimas
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $    $0.00
E Ratliff
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  2014334055 CCPS
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/16/2016

(Signature)

Judicial Council form POS-010                    **Proof of Service**                    Code Civil Procedure 417.10(f)

EXHIBIT B (DEMURRER AND ANSWER TO UNLAWFUL DETAINER)

1 Marc J Griffith
   6020 Heatherton Dr
2 Somis, CA 93066

3 Phone: (805) 205-3471

4 Defendant, In Pro Per

**VENTURA**
**SUPERIOR COURT**
**FILED**

OCT 1 7 2016

MICHAEL D. PLANET
Executive Officer and Clerk
BY: _____ Deputy
N. CAMPOS

5

6

7

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF VENTURA

10

11 CAM XI TRUST,                          Case No.: 56-2016-00486872-CL-UD-VTA

12            Plaintiff,

13 vs.                                    NOTICE OF DEMURRER AND DEMURRER TO
                                          PLAINTIFF'S COMPLAINT AND
14 MARC J GRIFFITH; MICHELLE P GRIFFITH AND   MEMORANDUM OF POINTS AND
   DOES 1 TO 10,                          AUTHORITIES IN SUPPORT THEREOF
15
            Defendants.                   HEARING DATE: NOVEMBER 14, 2016
16
                                          HEARING TIME: 1:30 P.M.
17
                                          DEPARTMENT: 10
18

19      NOTICE IS HEREBY GIVEN that on November 14th, 2016 at 1:30 p.m. of the Superior Court

20 of California, County of Ventura located at 800 S. Victoria, Ventura, CA 93009 Defendant, Marc J Griffith will

21 demurrer to Plaintiff's Complaint for Unlawful Detainer pursuant to Code of Civil Procedure Sec. 430.10 (b) (e)

22 and (f) on the following grounds: The first cause of action for Unlawful Detainer fails under the following sections:

23 1. Plaintiff has not shown the legal capacity to sue, as owner.

24 2. The pleading does not state facts sufficient to constitute a cause of action.

25 3. The pleading is uncertain. As used in this subdivision, "uncertain" includes ambiguous and unintelligible.

26 4. Further Plaintiff has not shown a properly served Notice on the Defendant and therefore the Court has not

27 gained Jurisdiction.

28

                        DEMURRER TO PLAINTIFF'S COMPLAINT - 1

**BY FAX**

1

2   Dated: October 17, 2016

3

4

Marc J Griffith

Defendant, In Pro Per

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEMURRER TO PLAINTIFF'S COMPLAINT - 2

## <u>Plaintiff's Claim for Relief "Unlawful Detainer"</u>

The Claim for Relief for Unlawful Detainer, fails to state facts sufficient to constitute a cause of action, and in addition the complaint is, "uncertain", "ambiguous", and "unintelligible" pursuant to **Cal. Code Proc. § 430.10 (b) (e) and (f):**

1. The requisite documents attached to Plaintiff's complaint are clear proof of irregularities in the perfection of the Plaintiff's title after foreclosure. Therefore, neither Defendant nor the Court can determine whether Plaintiff is the actual owner of the Subject Property. 2. Plaintiff lacks standing to be a plaintiff. The Deed of Trust does not reflect Plaintiff having a beneficial interest in the Subject Property and there is no Assignment of Deed of Trust and/or any other document transferring ownership in the Subject Property to Plaintiff. 3. The hearing on the demurrer will be based on **Cal. Code Proc. § 430.10 (b)(e)** and the accompanying Demurrer and notice; the following memorandum of points and authorities in support of the Demurrer; all the pleadings, records, exhibits attached hereto, files in this action, such supplemental memorandum of points and authorities and documents as may be subsequently filed herein, and such oral and documentary evidence as may be presented at the hearing. 4. The owner of the note is required to produce the note for which the Deed of Trust is security and collateral, but it has never been produced, since the note and the collateral may not be separated, the title is obviously not passed yet, and must wait for the transfer and cancellation of the Note, if it may be done. (Perhaps your honor would have seen the news clips showing the illegal attempts to sign the signatures of the proper note holder. Here we have not any proper showing of the Note legally signed off.

Dated: October 17, 2016

Marc T Griffith

Defendant, In Pro Per

DEMURRER TO PLAINTIFF'S COMPLAINT - 3

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

In this matter, it is impossible to determine who the proper Plaintiff should be, and whether the stated plaintiff has standing, and if the plaintiff is acting for the "benefit" of some unknown, unnamed third party, why this action is pending in the first instance. Defendant contends that the Plaintiff or assignee does not show that it has the capacity to sue, for it in no way sets forth any evidence of the facts of how it complied with **Cal. Civil Code § 2924**, or even when some process was carried out, not even a date. Simply claiming that the 3 Day Notice was served and when is insufficient. There must be evidence of the facts with date of the Foreclosure, and if Plaintiff received a trustee's deed or if somebody else received a trustees deed and note and sold it to Plaintiff or if a proper sale ever took place. There is no evidence other than a claim that the Plaintiff owns the property. Without time for the Defendant to search the Foreclosure facts or even if there were one. Moreover, Defendant will seek other relief in the Unlimited Civil Court within this judicial district for the violations of California Law as alleged herein.

### II. IT APPEARS FROM THE PLEADING THAT THE WRONG PARTY MIGHT HAVE FILED THE ACTION.

The failure to state the actual procedure pursuant to which Plaintiff became owner. There is no mention of when the Foreclosure took place, or any notice given. There is only a statement that the deed of trust contained a power of sale and the sale wasn't perfected. No mention is made of a foreclosure or the procedure. There is no showing of facts, including dates when there would be a last date upon which the 3 Day Notice could be served. Even the Notice to Renters does not mention the date of sale. Defendant cannot determine from the facts alleged on whether the CAM XI TRUST entered into an assignment to allow the actions to bring about Foreclosure and eviction. The facts alleged in the complaint are vague, ambiguous and unintelligible and as such are subject to demurrer. Defendants are left to wonder, what happened. One cannot use any of documents attached to the papers, as evidence since they have not been incorporated and made a part of the complaint thereof. They are not evidence at all and may not be used as part of the complaint or any type of evidence.

## III. THE COURT IS EMPOWERED TO SUSTAIN A DEMURRER, WITHOUT LEAVE TO AMEND, WHERE AS HERE, THE PLANTIFF LACKS STANDING AND JURISDICTION.

**California Code of Civil Procedure § 430.10** states in relevant part a "party" against who a Complaint or Cross Complaint has been filed may object, by Demurrer to the pleading on any one or more of the following grounds: **(a)** The Court lacks jurisdiction of the subject cause of action alleged in the pleading; and **(b)** the person who filed the pleading does not have the legal capacity to sue.  In the Complaint, all of the aforementioned sections are applicable in part or in whole, necessitating that the demurrer be sustained without leave to amend.  California courts rule that demurrer is proper where a complaint fails to state a cause of actions or whereas here it discloses a defense that would bar recovery. **Johnson v. Superior Court, (1994) 25 Cal. App 4th 1564, 1567** as modified, Rehearing denied. California courts have consistently held that "conclusions of law or fact alleged are not considered in judging its sufficiency."  **C & H Food Co. v. Hartford Ins. Co., (1984) 163 Cal. App. 3d 1055, 1062; see also Meggeff v Donald, (1981) 123 Cal.  App.3d 251, 258.**

## IV. THE PLANTIFF HAS NOT ALLEGED ESSENTIAL FACTS

**A.** The Complaint "provides no factual basis to support its "claims of ownership or a foreclosure, or right to issue a 3 Day Notice as claimed.  The Court may not assume the truth of contentions, deductions, or conclusions of fact or law, set out in any complaint **(Daar v. Yellow Cab Co., (1967) 67 Cal.2d 695, 713, 63 Cal. Rptr. 724, 433 P.2d 732.)** (Emphasis added.)

The purpose of a demurrer is to test the legal sufficiency of the complaint,  Therefore, an appellate court employs  two separate standards of review on appeal. [Citations.] First, the complaint is reviewed de novo to determine whether it contains sufficient facts to state a cause of action.  [Citation.] In doing so, the court will accept as true only the properly pleaded material factual allegations of the complaint, **(Hernandez v. City of Pomona (1996) 49 Cal. App.4th 1492, 1497.)** (Emphasis added.)  As shown above improperly pleaded facts are not allowed as allegations.

DEMURRER TO PLAINTIFF'S COMPLAINT - 5

**In Ankeny v. Lockheed Missiles & Space Co., (1979) 88 Cal. App.3d 531, Division The First District Court of Appeal** stated:

"Plaintiff's complaint is also uncertain. In the civil complaint, he alleges conclusions of Landlord Responsibility such as "performed all conditions of the rental agreement" It is settled law that a pleading must allege facts and not conclusions, and that material facts must be alleged directly and not by way of recital. [Citation.] Those recitals, references to, or allegations of material facts which are left to surmise are subject to demurrer for uncertainty. [Citation.] Also, in pleading, the essential facts upon which a determination of the controversy depends should be stated with clearness and precision so that nothing is left to surmise. [Citation.] Those recitals, references to, or allegations of material facts, which are left to surmise are subject to demurrer for uncertainty. [Citation.] "Such conclusory allegations as are noted above, without facts to support them, are ambiguous." (**Id. At p. 537.**) (Emphasis added.)

**B.** Plaintiff's Claim for Relief For Unlawful Detainer fails to State a Cause of Action. Plaintiff's Claim for Relief is merely a conclusion of alleged facts not stated in their complaint, or established by exhibits which are not incorporated into the complaint, for example the complaint alleges that they have ownership to the property but fail to explain by facts how they obtained the property. The proof necessary to support a valid claim under **CCP 1161a** is the original Note, (not a Copy) the original of the chain of endorsements, for the back side of the Note (not a Copy) and proof that they paid a valid consideration for the Note and deed of trust and held this note at the time of the foreclosure all of which are a required prerequisites to any Unlawful Detainer based on CCP 1161a, as 1161a is based on Plaintiff having good and clear title duly perfected in accordance with California law. Since Plaintiff has not made the appropriate allegations to support its entitlement to possession based on a valid and duly perfected sale, it has failed to set forth a claim for relief.

///

///

///

DEMURRER TO PLAINTIFF'S COMPLAINT - 6

1

## CONCLUSION

2        Defendant respectfully requests that the court sustain the demurrer without leave to amend due to lack of

3    subject matter jurisdiction over the property, the lack of standing of the Plaintiff to bring the instant action, and for

4    the failure to allege facts sufficient to state the causes of action alleged.

5    Respectfully submitted.

6

7

Dated: October 17, 2016

8

9                                                Marc J Griffith
                                                 Defendant, In Pro Per

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEMURRER TO PLAINTIFF'S COMPLAINT - 7

(PROOF OF SERVICE BY MAIL −1013A, 20155 CCP)

STATE OF CALIFORNIA;

COUNTY OF VENTURA; SS.

10/17/16

MOTION TO DEMURRER

I am a citizen of the United Stated and a resident of the County of Orange: I am over the age of eighteen years and not a party to the within entitled action: I am employed whose business address is:

5862 Bolsa Ave.

Huntington Beach, Ca. 92649

Re: Case # 56-2016-00486872-CL-UD-VTA

On the respondent (s) in said action, by placing a true copy thereon Enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Westminster, Ca., addressed as follows:

SAM CHANDRA (#203942)

LAW OFFICES OF SAM CHANDRA, APC

710 S. MYRTLE AVE., #600

MONROVIA, CA 91016

(626)256-4999

I Declare under penalty of perjury under the law of the state of California.

_____                    _____
SIGNATURE OF SERVER                               **ADAM NGUYEN**
                                                  PRINT NAME OF SERVER

8

## DECLARATION

Marc J Griffith declares and says:

    1. We are the tenants at 6020 Heatherton Dr, Somis, Ca., 93066.

    2. The requisite documents attached to Plaintiff's complaint are clear proof of irregularities in the perfection the Plaintiff's title after foreclosure. Therefore, Defendant cannot determine whether Plaintiff is the actual owner of the Subject Property.

    3. I declare under penalty of perjury that the forgoing is true and correct.

Executed on date: 10/17/2016

At: Somis, California

                                    Marc J Griffith

1
2  Marc J Griffith
   6020 Heatherton Dr
   Somis, CA 93066
3  (805) 205-3471
4
   Defendant, In Pro Per
5
6
7

VENTURA SUPERIOR COURT
FILED

NOV 0 4 2016

Executive Officer and Clerk
S. Legere                Deputy

8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9                **IN AND FOR THE COUNTY OF VENTURA**
10
11
12  CAM XI TRUST,                          )   Case No.: 56-2016-00486872-CL-UD-VTA
                                           )
13                      Plaintiff,         )
                                           )   **DEFENDANT'S ANSWER TO**
14  vs.                                    )   **PLAINTIFF'S COMPLAINT FOR**
                                           )   **UNLAWFUL DETAINER**
15  MARC J GRIFFITH; MICHELLE P            )
16  GRIFFITH AND DOES 1 TO 10,             )
                                           )
17                      Defendants.        )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20                                         )
                                           )
21                                         )
                                           )
22
23  **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**
24       Defendant, MARC J GRIFFITH, hereby answers the Complaint of CAM XI TRUST
25  and admits, denies, and alleges as follows:
26  ///
27  ///
28  ///

ANSWER TO PLAINTIFF'S COMPLAINT - 1

1. Defendant generally and specifically denies each and every allegation in paragraph 4 of the Complaint beginning with "...is the owner of..." and ending with "...CALIFORNIA 93066 ("Property").". Beginning on page 2 line 4 and ending on page 2 line 5.

2. Defendant denies the allegations in paragraph 1 of the Complaint.

3. Defendant denies the allegations in paragraph 2 of the Complaint.

4. Defendant admits the allegations in paragraph 3 and 7 through 9 of the Complaint.

5. Defendant denies the allegations in paragraph 5 and 6 of the Complaint.

6. Defendant generally and specifically denies each and every allegation in paragraphs 10 through 19 of the Complaint.

7. Defendant further denies that Plaintiff has been damaged.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Complaint Unintelligible and Uncertain)**

1. FOR AND AS A FIRST AFFIRMATIVE DEFENSE to all causes of action in the complaint, the answering defendant alleges that the complaint is unintelligible and uncertain.

**SECOND AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

2. FOR AND AS A SECOND AFFIRMATIVE DEFENSE to all causes of action in the complaint, the answering defendant alleges that plaintiff is limited or barred from recovery, if any, by the applicable statutes of limitations.

**THIRD AFFIRMATIVE DEFENSE**

**(Failure to State Facts Sufficient to Constitute a Cause of Action)**

3. FOR AND AS A THIRD AFFIRMATIVE DEFENSE to all causes of action alleged in the complaint, the answering defendant alleges that the complaint does not state facts sufficient to constitute a cause of action against the answering defendant.

///

///

///

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

4. FOR AND AS A FOURTH AFFIRMATIVE DEFENSE to all causes of action alleged in the complaint, the answering defendant alleges that plaintiff failed to mitigate their damages.

## FIFTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

5. FOR AND AS A FIFTH AFFIRMATIVE DEFENSE to all causes of action in the complaint, the answering defendant alleges that damages suffered, if any, are a result of comparative fault of plaintiff such that any disbursements from defendant are barred and/or must be adjusted and/or eliminated.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver)

6. FOR AND AS A SIXTH AFFIRMATIVE DEFENSE to all causes of action alleged in the complaint, the answering defendant alleges that by reason of the acts and omissions of the plaintiff, plaintiff has waived any entitlement to any recovery, for any breach of any contract or any duty, or for any other cause.

## SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

7. FOR AND AS A SEVENTH AFFIRMATIVE DEFENSE to all causes of action alleged in the complaint, the answering defendant alleges that by reason of the acts and omissions of the plaintiff, plaintiff is estopped from entitlement to any recovery, if any.

## EIGHTH AFFIRMATIVE DEFENSE

### (Statute of Frauds)

8. FOR AND AS A EIGHTH AFFIRMATIVE DEFENSE to all causes in the complaint, the answering defendant alleges that plaintiff is barred from any recovery by the Statute of Frauds.

///

///

## NINTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

9. FOR AND AS A NINTH AFFIRMATIVE DEFENSE to all causes of action in the complaint, the answering defendant alleges that plaintiff is barred from recovery, if any, by unclean hands.

## TENTH AFFIRMATIVE DEFENSE

### (Violations of State and Local Laws)

10. FOR AND AS A TENTH AFFIRMATIVE DEFENSE to all causes of action in the complaint, the answering defendant alleges that plaintiffs are barred from any relief, based on plaintiffs' violations of State and Local Laws.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

11. FOR AND AS A ELEVENTH AFFIRMATIVE DEFENSE to all causes of action in the complaint, the answering defendant alleges that plaintiff does not have standing because standing is based solely upon an invalid Trustee's Deed Upon Sale, which was based upon the enforcement of a promissory note that was not negotiable pursuant to California Commercial Code section 3203 et seq.

## TWELFTH AFFIRMATIVE DEFENSE

### (Violation of Statute)

12. FOR AND AS A TWELFTH AFFIRMATIVE DEFENSE to all causes of action in the complaint, the answering defendant alleges that plaintiff or plaintiff's predecessor to comply with Civil Code section 2923.5, and as such the Notice of Default is void, and defendant was not required to tender payment of the indebtedness.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Violation of Statute)

13. FOR AND AS A THIRTEENTH AFFIRMATIVE DEFENSE to all causes of action in the complaint, the answering defendant alleges that plaintiff or plaintiff's predecessor to

comply with Civil Code section 2934a, in that Plaintiff failed to record affidavit of service on substitution of trustee.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Violation of Statute)

14. FOR AND AS A FOURTEENTH AFFIRMATIVE DEFENSE to all causes of action in the complaint, the answering defendant alleges that plaintiff or plaintiff's predecessor to comply with Civil Code section 2932.5, in that power of sale was extinguished by failure to record prior assignments of the deed of trust.

## FIFTHTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Right to Assert or Delete Affirmative Defenses)

15. FOR AND AS A FIFTHTEENTH AFFIRMATIVE DEFENSE to all causes of action in the complaint, the answering defendant alleges that they have not knowingly or intentionally waived any applicable affirmative defenses and reserve the right to assert and rely on such other applicable affirmative defenses as may come available or apparent during discovery proceedings and further reserve the right to amend this answer and defenses accordingly and to delete defenses if determined are not applicable during the course of discovery and other proceedings in this case.

Dated: November 4, 2016

Marc J Griffith, Defendant, In Pro Per

(PROOF OF SERVICE BY MAIL -1013A, 20155 CCP)

**STATE OF CALIFORNIA;**

**COUNTY OF VENTURA; SS.**

**11/4/16**

**MOTION TO ANSWER**

I am a citizen of the United Stated and a resident of the County of Orange: I am over the age of eighteen years and not a party to the within entitled action: I am employed whose business address is:

5862 Bolsa Ave.

Huntington Beach, Ca. 92649

Re: Case # 56-2016-00486872-CL-UD-VTA

On the respondent (s) in said action, by placing a true copy thereon Enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Westminster, Ca., addressed as follows:

SAM CHANDRA (#203942)

LAW OFFICES OF SAM CHANDRA, APC

710 S. MYRTLE AVE., #600

MONROVIA, CA 91016

(626)256-4999

I Declare under penalty of perjury under the law of the state of California.

_____                    _____

SIGNATURE OF SERVER                              ADAM NGUYEN

                                                 PRINT NAME OF SERVER

6

1

## DECLARATION

2

3  Marc J Griffith declares and says:

4      1. We are the tenants at 6020 Heatherton Dr, Somis, Ca., 93066.

5      2. The requisite documents attached to Plaintiff's complaint are

6  clear proof of irregularities in the perfection the Plaintiff's title

7  after foreclosure. Therefore, Defendant cannot determine whether

8  Plaintiff is the actual owner of the Subject Property.

9      3. I declare under penalty of perjury that the forgoing is true

10 and correct.

11

12 Executed on date: 11/4/2016

13 At: Somis, California

14

15

16                                                          Marc J Griffith

17

18

19

20

21

22

23

24

25

26

27

28

7